Merrimack
No. 79-179

*In re* TIMOTHY L.

May 5, 1980

*Nancy J. Geiger*, of Concord, by brief and orally, for the juvenile.

*Thomas D. Rath*, attorney general (*Betsy S. Westgate* orally), for the State.

### MEMORANDUM OPINION

The juvenile involved in this case, after various tests and evaluations, was found to be a person in need of supervision. The Concord District Court committed him to the Adolescent Unit of the New Hampshire Hospital pursuant to RSA 169:9 for examination and evaluation. Following a recommendation that he remain for treatment, the district court ordered placement at the

hospital pursuant to RSA 169:13-a I(d). The notice and hearing requirements of RSA 169:17-a and RSA 169:18 were not followed. An appeal was taken to the superior court which, after a hearing, was dismissed by *DiClerico*, J. The juvenile then appealed to this court.

The juvenile claims that his commitment under RSA 169:13-a I(d) was illegal. However, the State has now obtained a committal of the juvenile to the hospital in accordance with RSA ch. 135-B and we are informed that the district court has rescinded its order. The case is therefore moot.

*Appeal dismissed as moot.*

DOUGLAS, J., did not sit.